UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SANDRA FRAZIER ) | CIVIL ACTION |
|     Plaintiff ) | |
| ) | COMPLAINT |
| v. ) | |
| ) | TRIAL BY JURY |
| APM FINANCIAL SOLUTIONS, LLC ) | DEMANDED |
|     Defendant ) | |
| ) | NOVEMBER 14, 2011 |

## COMPLAINT

1. This is a suit brought under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692b(3), § 1692d(5) *et seq.* and the Connecticut Unfair Trade Practices Act, Conn. Gen. Stat. § 42-110a *et seq.* ("CUTPA").

2. Plaintiff, Sandra Frazier, is a consumer residing in Middletown, Connecticut.

3. APM Financial Solutions, LLC ("APM") is a New Jersey corporation that accepts assignments of collection accounts from businesses and is a "debt collector" within the meaning of 15 U.S.C. § 1692a(6).

4. Jurisdiction in this Court is proper pursuant to 15 U.S.C. § 1692k(d), 28 U.S.C. §§ 1331,1337 and 1367, and Fed. R. Civ. P. 18(a).

5. This Court has jurisdiction over APM because it engages in debt collection within Connecticut.

6. Venue in this Court is proper, as the Plaintiff is a resident and the acts complained of occurred in this state.

7. In or around March 2011, Plaintiff began receiving calls from APM in attempts to collect a debt.

8. During these calls, APM told Plaintiff that it was trying to reach Rebecca Frazier, Plaintiff's niece, and that it was attempting to collect a consumer debt from her.

9. Plaintiff told APM that she was Rebecca Frazier's aunt and that Rebecca Frazier had never lived at her address.

10. Plaintiff provided APM with Rebecca Frazier's address and telephone number.

11. APM continued to call Plaintiff in an attempt to collect the debt owed by Rebecca Frazier and, on each occasion that Plaintiff spoke with APM, she requested that it stop calling her.

12. Despite these requests, APM left several voicemail messages for Plaintiff in which it asked to speak with Rebecca concerning an "urgent matter".

13. In one of these messages, APM asked to speak with "Ms. Frazier" concerning an "urgent matter."

14. APM has violated the FDCPA by harassing Plaintiff, by calling her more than once for Rebecca Frazier's location information, by attempting to leave messages for Rebecca Frazier, and by its attempts to collect the debt from Plaintiff.

15. APM's conduct violated CUTPA and has caused Plaintiff to suffer an ascertainable loss of money in the form of expenses related to utility costs related to receiving APM's calls and communication costs in terms of the need to consult with legal counsel.

WHEREFORE, the Plaintiff seeks recovery of actual damages (including emotional distress damages), statutory damages, and attorney's fees pursuant to 15 U.S.C. § 1692k and actual damages, punitive damages, and attorney's fees pursuant to Conn. Gen. Stat § 42-110g.

                                   **PLAINTIFF, SANDRA FRAZIER**

                                   By: <u>/s/Daniel S. Blinn</u>
                                        Daniel S. Blinn, ct02188
                                        dblinn@consumerlawgroup.com
                                        Consumer Law Group, LLC
                                        35 Cold Spring Rd. Suite 512
                                        Rocky Hill, CT  06067
                                        Tel. (860) 571-0408; Fax. (860) 571-7457