UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
SANDRA FRAZIER                    :
     v.                           :     CASE NO. 3:11CV1762 (AWT)
APM FINANCIAL SOLUTIONS, LLC      :
```

JUDGMENT

The defendant having failed to appear, plead or otherwise defend in this action, and a default under F.R.Civ.P. 55(a) having been entered on March 6, 2012, and

The plaintiff having filed on April 5, 2012 a motion for judgment pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, the court having considered the full record of the case including applicable principles of law, and the court having granted the motion, it is hereby

ORDERED, ADJUDGED and DECREED that the judgment be and is hereby entered against the defendant APM Financial Solutions, LLC, in the total amount of $6,000, representing: (i) statutory damages in the amount of $1,000, pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692 et seq. ("FDCPA"); (ii) punitive damages in the amount of $2,000 pursuant to the Connecticut Unfair Trade Practices Act, Conn. Gen. Stat. §§ 42-110a et seq. ("CUTPA"); and (iii) attorney's fees and costs in the total amount of $3,000 pursuant to the FDCPA and CUTPA.

-2-

Statutory interest shall accrue on the amount of the judgment pursuant to Title 28 U.S.C. §1961 from the date the judgment is entered.

Dated at Hartford, Connecticut, this 25th day of April, 2012.

```
                              ROBIN D. TABORA, Clerk
                              United States District Court


                              By    /s/ SLS
                                   Sandra Smith
                                   Deputy Clerk
```

EOD   4/25/12