UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SANDRA FRAZIER,<br>    Plaintiff | CIVIL ACTION NO.<br>3:11-CV-01762-AWT |
| V. | |
| APM FINANCIAL SOLUTIONS, LLC<br>    Defendant | DECEMBER 11, 2015 |

CERTIFICATE OF SERVICE

Plaintiff hereby certifies that a copy of the Magistrate Judge's Certification of Facts to the District Judge Pursuant to 28 U.C.S. § 636(e), Document 27, was served on defendant APM Financial Solutions, LLC as follows:

APM Financial Solutions, LLC
311 Veterans Highway, Suite 100A
Levittown, PA  19056

Mr. Michael McGuigan
Oxford Law, LLC
311 Veterans Highway, Suite 100-A
Levittown, PA 19056

        PLAINTIFF, SANDRA FRAZIER

        By: /s/ Daniel S. Blinn
        Daniel S. Blinn (ct02188)
        Consumer Law Group, LLC
        35 Cold Spring Road, Suite 512
        Rocky Hill, Connecticut 06067
        Tel (860) 571-0408
        Fax (860) 571-7457
        dblinn@consumerlawgroup.com